## WALLACE V. COX.

*Creditor's Bill.*

(Decided June 30, 1906.—Rehearing denied March 2, 1907.)

APPEAL from Birmingham City Court.

Heard before Hon. W. W. WILKINSON.

GEORGE HUDDLESTON, for appellant.

M. M. ULLMAN, for appellee.

Reversed and rendered.

Opinion by DOWDELL, J.

TYSON, C. J., ANDERSON and MCCLELLAN, JJ., concur.

---

## WARTON V. A. B. COOSA & CO.

*Assumpsit.*

(Decided April 18, 1907.)

APPEAL from Birmingham City Court.

Heard before Hon. CHARLES A. SENN.

TILLMAN, GRUBB, BRADLEY & MORROW, for appellant.

No counsel marked for appellee.

Per Curiam.—Affirmed.